IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL W. WRIGHT, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO.: 2:16-CV-299-WHA |
| | ) [WO] |
| DENNIS STAMPER, WARDEN, | ) |
| Respondent. | ) |

## **ORDER**

On June 26, 2017, the Magistrate Judge filed a Recommendation that the court dismiss the petition for habeas corpus relief as moot. Doc. 23. No timely objection has been filed. Upon an independent and *de novo* review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED and ADJUDGED that:

1. The Recommendation of the Magistrate Judge (Doc. No. 23) is ADOPTED; and

2. The petition for habeas relief filed by Petitioner Carl Wright is DISMISSED as moot.

Final Judgment will be entered accordingly.

DONE this 21st day of July, 2017.

                                        /s/ W. Harold Albritton
                                    SENIOR UNITED STATES DISTRICT JUDGE